# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 7, 2025

Hon. Taryn A. Merkl
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Agosto v. 81 Willoughby, LLC, et al.*
       1:25-cv-00730-MKB-TAM

Your Honor:

This letter responds to your Minute Entry and Order dated July 24, 2025, which requested a joint status update letter after the conclusion of mediation before a member of the EDNY Mediation Panel.

The mediation was successful. During the session, the parties agreed to settlement terms. Earlier this week, both parties executed a formal settlement agreement which will result in withdrawal of this action.

Under the terms of the agreement, the parties will file a Stipulation of Discontinuance on or about January 24, 2026, after the defendants complete a series of scheduled settlement payments. In the meantime, the parties respectfully request that all current deadlines be stayed pending the filing of the Stipulation of Discontinuance.

Respectfully Submitted,

| | |
|---|---|
| **THE PARKER LAW GROUP P.C.** | **MILMAN LABUDA LAW GROUP PLLC** |
| /s/ Glen H. Parker | /s/ Joseph M. Labuda |
| Glen H. Parker, Esq. | Joseph M. Labuda, Esq. |
| 28 Valley Road, Suite 1 | 3000 Marcus Avenue, Suite 3W8 |
| Montclair, NJ 07042 | Lake Success, NY 11042 |
| (347) 292-9042 (office) | (516) 328-8899 (office) |
| ghp@parkerlawusa.com | Joe@mllaborlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |